■ CYPRESS WORD PROCESSING AND TELECOM, INC., et al., Appellants, v CHEMICAL BANK et al., Respondents. [608 NYS2d 870] —Appeal by the plaintiffs, as limited by their brief, from stated portions of an order of the Supreme Court, Kings County (G. Aronin, J.), entered August 5, 1991.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice G. Aronin at the Supreme Court. Miller, J. P., O'Brien, Ritter and Krausman, JJ., concur.